IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KELVIN FRAZIER,**
    Plaintiff,

vs.                      CASE NO.: 3:07cv273/LAC/MD

**JAMES MCDONOUGH, et al.,**
    Defendants.

_____

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 20, 2007. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    DONE AND ORDERED this 6th day of August, 2007.

                                            s/_L. A. Collier_
                                            **LACEY A. COLLIER**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**