**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**KELVIN FRAZIER,**
      **Plaintiff,**

**vs.**                              **CASE NO.: 3:07cv273/LAC/MD**

**JAMES MCDONOUGH, et al.,**
      **Defendants.**

---

**O R D E R**

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 30, 2008.  The plaintiff  has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and no objections have been made.

       Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now ORDERED as follows:

       1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2.     As directed by the Eleventh Circuit, plaintiff's claims for compensatory and punitive damages are dismissed without prejudice to their reassertion upon plaintiff's release from prison.

       3.     The clerk of the court is directed to forward to the plaintiff a civil rights complaint form for use in actions under 42 U.S.C. §1983.  This case number and the words "Amended Complaint" should be written on the form.

4.      If plaintiff wishes to pursue only his First Amendment claim and to seek only nominal damages, he is permitted to file an amended complaint as set out in the magistrate judge's recommendation within thirty (30) days from the date of this order.

5.      Plaintiff is advised that failure to submit an amended complaint as instructed will result in a dismissal of this action.


DONE AND ORDERED this 1st day of August, 2008.




s/ *L. A. Collier*
**LACEY COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**